```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02902
    MICHAEL JOSEPH PICKETT
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6946


---------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/20/07 .

    2.   The case was dismissed without confirmation, 07/27/2007.

    3.   The Debtor paid a total of $   2800.00 .

    4.   The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
---------------------------------------------------------------------------------
WACHOVIA MORTGAGE CORP     CURRENT MORTG        .00              .00              .00
GMAC/HOMECOMINGS           SECURED              .00              .00              .00
GMAC/HOMECOMINGS           MORTGAGE ARRE  NOT FILED              .00              .00
AMERICREDIT                SECURED VEHIC        .00              .00          1484.91
CAPITAL ONE AUTO FINANCE   SECURED VEHIC        .00              .00          1242.29
MARION COUNTY CLERK        CHILD SUPPORT  NOT FILED              .00              .00
ROSE E PICKETT             CHILD SUPPORT  NOT FILED              .00              .00
KATHLEEN PICKETT           CHILD SUPPORT  NOT FILED              .00              .00
EDWARD HOSPITAL            UNSECURED      NOT FILED              .00              .00
LINDEN OAKS HOSPITAL       UNSECURED      NOT FILED              .00              .00
PAYDAY LOAN                UNSECURED      NOT FILED              .00              .00
THE PSYCH ASSOC            UNSECURED      NOT FILED              .00              .00
WACHOVIA MORTGAGE CORP     MORTGAGE ARRE  NOT FILED              .00              .00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00              .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER            TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00           .00              .00
PRINCIPAL PAID       2727.20          .00          .00           .00          2727.20
INTEREST PAID            .00          .00          .00           .00              .00
TOTAL PAID           2727.20          .00          .00           .00          2727.20
The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2500.00
and was paid $   2500.00   direct and $       .00  through the plan.

The Trustee received $     72.80 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 02902 MICHAEL JOSEPH PICKETT